IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01035-RPM-KLM

ALEJANDRA E. RAMIREZ,

    Plaintiff,

v.

KAISER FOUNDATION HEALTH PLAN OF COLORADO,

    Defendant.
_____

ORDER OF DISMISSAL OF SECOND CLAIM FOR RELIEF AND FOR REMAND
_____

This civil action was removed from the District Court, City and County of Denver, Colorado, by the defendant's Notice of Removal, filed May 16, 2008, basing jurisdiction on 28 U.S.C. § 1331 because the second claim for relief of the complaint alleged a violation of the Health Insurance Portability and Accountability Act of 1996 (HIPAA). On May 23, 2008, the defendant filed a motion to dismiss under Fed.R.Civ.P. 12(b)(6), asserting that there is no explicit or implied claim for relief by a private party under HIPAA. The defendant also asserted deficiencies in the other claims for relief filed under Colorado law.

On May 29, 2008, the plaintiff filed a motion for remand in which the plaintiff does not contest the insufficiency of the federal claim. Because the second claim for relief is insufficient to establish federal jurisdiction and the other claims for relief raise issues under Colorado law, it is

ORDERED that the second claim for relief of the complaint is dismissed for failure to state a claim for relief and it is

FURTHER ORDERED that the remainder of this civil action is remanded to the District Court, City and County of Denver, Colorado, for lack of subject matter jurisdiction in this court.

Dated: June 2nd, 2008

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge